CHINA NATIONAL CHEMICAL CONSTRUCTION CHONGQING COMPANY; Chongqing Pesticide Chemoindustry (Group) Corporation, Petitioners–Appellants,

v.

KIT KUNG, Respondent–Appellee.

China National Chemical Construction Chongqing Company; Chongqing Pesticide Chemoindustry (Group) Corporation, Plaintiffs–Appellants,

v.

Kit Kung, Defendant–Appellees.

China National Chemical Construction Chongqing Company; Chongqing Pesticide Chemoindustry (Group) Corporation, Plaintiffs–Appellees,

v.

Kit Kung, Respondent–Appellant.
Nos. 06–35436, 07–35167, 07–35227.

United States Court of Appeals, Ninth Circuit.

Submitted May 28, 2008.[*]

Filed May 28, 2008.

Baolin Chen, Portland, OR, for Petitioners–Appellants.

Justine Fischer, Esq., Law Office of Justine Fischer, Portland, OR, Patrick J. Monaghan, Esq., Monaghan Monaghan Lamb & Marchisio LLP, Montvale, NJ, Respondent–Appellee.

Before TALLMAN and CLIFTON, Circuit Judges, and KORMAN,[**] Senior United States District Judge.

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] Honorable Edward R. Korman, Senior United States District Judge for the Eastern District of New York, sitting by designation.

## ORDER ***

This case is resubmitted as of the date of this order.

The parties' joint motion to dismiss these actions is GRANTED. Each side shall bear its own costs.

The Clerk shall issue the mandate forthwith.

DISMISSED.

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

